# United States Court of Appeals
### For The Eighth Circuit
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

January 17, 2024

Eric H. Wessan
ATTORNEY GENERAL'S OFFICE
Hoover Building
1305 E. Walnut Street
Des Moines, IA  50319-0001

RE:  24-1075  GLBT Youth in IA Schools, etc., et al v. Kimberly Reynolds, et al
    24-1082  Penguin Random House, LLC, et al v. John Robbins, et al

Dear Counsel:

The district court clerk has transmitted a notice of appeal and docket entries in these matters, and we have docketed them under the caption and case number shown above. Please include the caption and the case numbers on all correspondence or pleadings submitted to this court. The above cases have been consolidated for briefing purposes.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

The court has established a consolidated briefing schedule for the cases, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A. Sample briefs may be obtained by contacting the St. Louis Clerk's office.

Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site

[www.ca8.uscourts.gov](www.ca8.uscourts.gov). In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at [https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl](https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl). Questions about CM/ECF may be addressed to the Clerk's office.

    If you have any questions about the schedule or procedures for the case, please contact our office.

                  Michael E. Gans
                  Clerk of Court

RDB

Enclosure(s)

cc:    Joshua Armstrong
       Ms. Shefali Aurora
       Ms. Rita N. Austen
       Christopher James Blythe
       Kirstie Brenson
       Logan S. Brundage
       Sasha Buchert
       Clerk, U.S. District Court, Southern Iowa
       Effiong Dampha
       Alexa Smedley Den Herder
       Adam J. Diederich
       Daniel Roberto Echeverri
       Laura Joy Edelstein
       Tonya Gerke
       Meera Sarina Gorjala
       Christy Ann Aumer Hickman
       Kara Ingelhart
       Daniel Joe Johnston
       Becky Sue Knutson
       Emily Kolbe
       Todd M. Lantz
       Karen Loewy
       Anna Lyons
       Katherine Mather
       Nathan Maxwell
       Katie Schoolen
       Jason R. Smith
       Frederick J. Sperling
       Thomas Dillon Story
       Camilla Taylor
       Miriam Deborah Van Heukelem
       Lindsay A Vaught
       Sharon Wegner
       Mark E. Weinhardt

    District Court/Agency Case Number(s):  4:23-cv-00474-SHL
                                                         4:23-cv-00478-SHL

**Caption For Case Number: 24-1075**

GLBT Youth in Iowa Schools Task Force, doing business as Iowa Safe Schools; Belinda Scarrott, by next friend P. B.-P.; Richard Carlson, by next friend P.C. & A.C.; Ulrike Carlson, by next friend P.C. & A.C.; Eric Saylor, by next friend T.S.; Brigit Stevens, by next friend B.F.S.; Joseph Stevens, by next friend B.F.S.; Jane Smith, by next friend Robert Smith; John Smith, by next friend Robert Smith; Lara Newsom, by next friend B.F.; John Doe, by next friend James Doe

        Plaintiffs - Appellees

v.

Kimberly Reynolds, in her official capacity as Governor of the State of Iowa; McKenzie Snow, in her official capacity as Director of the Department of Education; Iowa Department of Education; Iowa State Board of Education; Iowa City Community School District; Matt Degner, in his official capacity as Iowa City Community School District Superintendent; Molly Abraham, in their official capacities as board members of the Iowa City Community School District; J.P. Claussen, in their official capacities as board members of the Iowa City Community School District; Charlie Eastham, in their official capacities as board members of the Iowa City Community School District; Jayne Finch, in their official capacities as board members of the Iowa City Community School District; Ruthina Malone, in their official capacities as board members of the Iowa City Community School District; Mitch Lingo, in their official capacities as board members of the Iowa City Community School District; Lisa Williams, in their official capacities as board members of the Iowa City Community School District; Sioux City Community School District; Rod Earleywine, in his official capacity as Sioux City Community School District Superintendent; Dan Greenwell, in their official capacities as board members of the Sioux City Community School District; Lance D. Ehmcke, in their official capacities as board members of the Sioux City Community School District; Jan George, in their official capacities as board members of the Sioux City Community School District; Treyla Lee, in their official capacities as board members of the Sioux City Community School District; John Meyers, in their official capacities as board members of the Sioux City Community School District; Bob Michaelson, in their official capacities as board members of the Sioux City Community School District; Earl Miller, in their official capacities as board members of the Sioux City Community School District; Urbandale Community School District; Rosalie Daca, in her official capacity as Urbandale Community School District Superintendent; Katherine Howsare, in their official capacities as board members of the Urbandale Community School District; Rachel Kent, in their official capacities as board members of the Urbandale Community School District; Jenny Meade, in their official capacities as board members of the Urbandale Community School District; Jason Menke, in their official capacities as board members of the Urbandale Community School District; Josh Van Rswyk, in their official capacities as board members of the Urbandale Community School District; Carissa Williams, in their official capacities as board members of the Urbandale Community School District; Margaret Young, in their official capacities as board members of the Urbandale Community School District; Waterloo Community School District; Jared Smith, in his official capacity as Waterloo Community School District Superintendent; Sue Flynn, in their official capacities as board members of the Waterloo Community School District; Jesse Knight, in their official capacities as board members of the Waterloo Community School District; Astor Williams, in their official capacities as board members of the Waterloo Community School District; Lyle Schmitt, in their official capacities as board members of the Waterloo Community School District; Stacie Mills, in their official capacities as board members of the Waterloo Community School District; Janelle G. Ewing, in their official capacities as board members of the Waterloo Community School District; Pam Arndorfer, in their official

capacities as board members of the Waterloo Community School District; Jeff Sommerfeldt, in their official capacities as board members of the Waterloo Community School District; West Des Moines Community School District; Matt Adams, in his official capacity as West Des Moines Community Schools Superintendent; Jeff Hicks, in their official capacities as board members of the West Des Moines Community Schools District; Michael Andreski, in their official capacities as board members of the West Des Moines Community Schools Dist; Elizabeth Larson, in their official capacities as board members of the West Des Moines Community Schools District; Lila P. Montoya Starr, in their official capacities as board members of the West Des Moines Community Schools District; Fannette Elliott, in their official capacities as board members of the West Des Moines Community Schools District; Jill Caton Johnson, in their official capacities as board members of the West Des Moines Community Schools District; Anadelia Morgan, in their official capacities as board members of the West Des Moines Community Schools District

   Defendants - Appellants

Julie Mitchell, in their official capacities as board members of the Urbandale Community School District; Steve Richman, in their official capacities as board members of the Urbandale Community School District

   Defendants

**Caption For Case Number: 24-1082**

Penguin Random House, LLC; Laurie Halse Anderson; John Green; Malinda Lo; Jodi Picoult; Scott Bonz, by next friend Hailie Bonz; Iowa State Education Association; Mari Butler Abry; Alyson Browder; Daniel Gutmann

   Plaintiffs - Appellees

v.

John Robbins, in his official capacity as President of the Iowa State Board of Education; McKenzie Snow, in her official capacity as Director of the Iowa State Department of Education; Chad Janzen, in his official capacity as Chair of the Iowa State Board of Educational Examiners; Urbandale Community School District Board of Directors; Rosalie Daca, in her official capacity as Urbandale Community School District Superintendent; Norwalk Community School District Board of Directors; Shawn Holloway, in his official capacity as Norwalk Community School District Superintendent

   Defendants - Appellants

**Addresses For Case Participants:**

Eric H. Wessan
ATTORNEY GENERAL'S OFFICE
Hoover Building
1305 E. Walnut Street
Des Moines, IA  50319-0001

Joshua Armstrong
JENNER & BLOCK
Suite 900
1099 New York Avenue, N.W.
Washington, DC  20001

Shefali Aurora
ACLU OF IOWA FOUNDATION
Suite 808, Insurance Exchange Building
505 Fifth Avenue
Des Moines, IA  50309-2316

Rita N. Austen
ACLU OF IOWA FOUNDATION
Suite 808, Insurance Exchange Building
505 Fifth Avenue
Des Moines, IA  50309-2316

Christopher James Blythe
JENNER & BLOCK
353 N. Clark Street
Chicago, IL  60654

Kirstie Brenson
ARENT & FOX
Suite 7100
233 S. Wacker Drive
Chicago, IL  60606

Logan S. Brundage
AHLERS & COONEY
Suite 600
100 Court Avenue
Des Moines, IA  50309-2207

Sasha Buchert
LAMBDA LEGAL DEFENSE & EDUCATION FUND
Seventh Floor
111 K Street, N.E.
Washington, DC  20002-8105

Clerk, U.S. District Court, Southern Iowa
U.S. DISTRICT COURT
Southern District of Iowa
P.O. Box 9344
Des Moines, IA  50306-0000

Effiong Dampha
JENNER & BLOCK
Suite 3300
515 S. Flower Street
Los Angeles, CA  90071

Alexa Smedley Den Herder
ATTORNEY GENERAL'S OFFICE
Hoover Building
1305 E. Walnut Street
Des Moines, IA  50319-0001

Adam J. Diederich
ARENT & FOX
Suite 7100
233 S. Wacker Drive
Chicago, IL  60606

Daniel Roberto Echeverri
JENNER & BLOCK
353 N. Clark Street
Chicago, IL  60654

Laura Joy Edelstein
JENNER & BLOCK
Suite 2100
455 Market Street
San Francisco, CA  94105

Tonya Gerke
UNITED STATES COURTHOUSE
Southern District of Iowa
123 E. Walnut Street
Des Moines, IA  50309-2035

Meera Sarina Gorjala
ARENT & FOX
Suite 7100
233 S. Wacker Drive
Chicago, IL  60606

Christy Ann Aumer Hickman
IOWA STATE EDUCATION ASSOCIATION
777 Third Street
Des Moines, IA  50309-1301

Kara Ingelhart
LAMBDA LEGAL
Suite 2000
65 E. Wacker Place
Chicago, IL  60601

Daniel Joe Johnston
ATTORNEY GENERAL'S OFFICE
Hoover Building
1305 E. Walnut Street
Des Moines, IA  50319-0001

Becky Sue Knutson
DENTONS & DAVIS
Suite 1300
215 Tenth Street
Des Moines, IA  50309-0000

Emily Kolbe
AHLERS & COONEY
Suite 600
100 Court Avenue
Des Moines, IA  50309-2207

Todd M. Lantz
WEINHARDT LAW FIRM
Suite 450
2600 Grand Avenue
Des Moines, IA  50312

Karen Loewy
LAMBDA LEGAL DEFENSE & EDUCATION FUND
Seventh Floor
111 K Street, N.E.
Washington, DC  20002-8105

Anna Lyons
JENNER & BLOCK
Suite 3300
515 S. Flower Street
Los Angeles, CA  90071

Katherine Mather
JENNER & BLOCK
Suite 2100
455 Market Street
San Francisco, CA  94105

Nathan Maxwell
LAMBDA LEGAL
Suite 2000
65 E. Wacker Place
Chicago, IL  60601

Katie Schoolen
IOWA STATE EDUCATION ASSOCIATION
777 Third Street
Des Moines, IA  50309-1301

Jason R. Smith
WEINHARDT LAW FIRM
Suite 450
2600 Grand Avenue
Des Moines, IA  50312

Frederick J. Sperling
SCHIFF & HARDIN
Suite 6600
Suite 7100
233 S. Wacker Drive
Chicago, IL  60606-0000

Thomas Dillon Story
ACLU OF IOWA FOUNDATION
Suite 808, Insurance Exchange Building
505 Fifth Avenue
Des Moines, IA  50309-2316

Camilla Taylor
LAMBDA LEGAL
Suite 2000
65 E. Wacker Place
Chicago, IL  60601

Miriam Deborah Van Heukelem
AHLERS & COONEY
Suite 600
100 Court Avenue
Des Moines, IA  50309-2207

Lindsay A Vaught
AHLERS & COONEY
Suite 600
100 Court Avenue
Des Moines, IA  50309-2207

Sharon Wegner
ACLU OF IOWA FOUNDATION
Suite 808, Insurance Exchange Building
505 Fifth Avenue
Des Moines, IA  50309-2316

Mark E. Weinhardt
WEINHARDT LAW FIRM
Suite 450
2600 Grand Avenue
Des Moines, IA  50312