# United States Court of Appeals
## For The Eighth Circuit
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Stephanie N. O'Banion**
*Acting Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

| | |
|---|---|
| **TO:** | Abbey J. Hudson |
| **cc:** | Joshua Armstrong |
| | Shefali Aurora |
| | Rita N. Austen |
| | Michael A. Bamberger |
| | Katherine Blankenship |
| | Christopher James Blythe |
| | Sasha Buchert |
| | Effiong Dampha |
| | Alexa Smedley Den Herder |
| | Daniel Roberto Echeverri |
| | Laura Joy Edelstein |
| | Laura Foggan |
| | Thomas Walter Foley |
| | Cathryn M. Johns |
| | Daniel Joe Johnston |
| | Karen Loewy |
| | Anna Lyons |
| | Katherine Mather |
| | Nathan Maxwell |
| | Alice O'Brien |
| | Rebecca Hughes Parker |
| | Thomas Dillon Story |
| | Camilla B. Taylor |
| | Patrick Cannon Valencia |
| | Jason Walta |
| | Eric H. Wessan |
| | Owen Richard Wolfe |
| **FROM:** | Clifford R. Jackson |
| **DATE:** | April 19, 2024 |
| **RE:** | 24-1075 GLBT Youth in IA Schools, etc., et al v. Kimberly Reynolds, et al |

    Your brief in the above-case has been received. In reviewing the brief for filing, we noted the deficiency shown below. Your brief cannot be filed until the defect is corrected. Please correct the defect within five days and resubmit the brief electronically for final review and processing. See 8th Cir. R. 28A(b). If the resubmitted brief passes review, you will receive a Notice of Docket Activity informing you that the brief has been filed. Upon receipt of this notice, you have five days to submit the paper copies of the brief and addendum required by 8th Cir. R. 28A(d) and (g)(4). Please contact us if you have any questions.

__X__    REFERENCES TO THE RECORD. See 8th Cir. R. 28A(j)

    __x__  References to the record in civil cases must be made to the Appendix page number(s) AND the district court docket number, and page number of the document **(App.\_\_\_\_\_  R. Doc. \_\_\_\_\_ , at \_\_\_\_\_ .)** Please use this format for references to the appendix and district court docket.


    Again, your brief cannot be filed until you correct the defect. Failure to correct may result in the issuance of an order to show cause why the appeal should not be dismissed (for appellant's opening brief) or why you should not be barred from filing the brief (for briefs other than appellant's opening brief). Thank you for your prompt attention to this matter. If you have any questions, please feel free to contact us.