# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Stephanie N. O'Banion**
*Acting Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

**TO:** Owen Richard Wolfe

**CC:** Joshua Armstrong
Shefali Aurora
Rita N. Austen
Michael A. Bamberger
Katherine Blankenship
Christopher James Blythe
Kirstie Ann Brenson
Sasha Buchert
Effiong Dampha
Alexa Smedley Den Herder
Adam J. Diederich
Daniel Roberto Echeverri
Laura Joy Edelstein
Laura Foggan
Thomas Walter Foley
Meera Sarina Gorjala
Christy Ann Aumer Hickman
Abbey J. Hudson
Cathryn M. Johns
Daniel Joe Johnston
Becky S. Knutson
Todd M. Lantz
Karen Loewy
Anna Lyons
Katherine Mather
Nathan Maxwell
Alice O'Brien
Rebecca Hughes Parker
Katie Schoolen
Jason R. Smith
Frederick J. Sperling
Thomas Dillon Story
Camilla B. Taylor
Patrick Cannon Valencia
Jason Walta
Mark E. Weinhardt
Eric H. Wessan

**FROM:** Britny N. Williams

**DATE:** April 19, 2024

**RE:**      24-1075  GLBT Youth in IA Schools, etc., et al v. Kimberly Reynolds, et al
            24-1082  Penguin Random House, LLC, et al v. John Robbins, et al

Your brief in the above-case has been received. In reviewing the brief for filing, we noted the deficiencies shown below. Your brief cannot be filed until the defects are corrected. Please correct these defects within five days and resubmit the brief electronically for final review and processing. See 8th Cir. R. 28A(b). If the resubmitted brief passes review, you will receive a Notice of Docket Activity informing you that the brief has been filed. Upon receipt of this notice, you have five days to submit the paper copies of the brief and addendum required by 8th Cir. R. 28A(d) and (g)(4). Please contact us if you have any questions.

__X__  You recently submitted the same brief in both cases and only one brief submission is needed. Please include the case caption for 24-1082 on the cover page of the brief after the caption for case 24-1075 and resubmit the brief once.

Again, your brief cannot be filed until you correct these defects. Failure to correct them may result in the issuance of an order to show cause why the appeal should not be dismissed (for appellant's opening brief) or why you should not be barred from filing the brief (for briefs other than appellant's opening brief). Thank you for your prompt attention to this matter. If you have any questions, please feel free to contact us.