# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-1075

GLBT Youth in Iowa Schools Task Force, doing business as Iowa Safe Schools, et al.

Appellees

v.

Kimberly Reynolds, in her official capacity as Governor of the State of Iowa, et al.

Appellants

Julie Mitchell, in their official capacities as board members of the Urbandale Community School District, et al.

------------------------------

PEN American Center, Inc., et al.

Amici on Behalf of Appellee(s)

No: 24-1082

Penguin Random House, LLC, et al.

Appellees

v.

John Robbins, in his official capacity as President of the Iowa State Board of Education, et al.

Appellants

Rosalie Daca, in her official capacity as Urbandale Community School District Superintendent, et al.

------------------------------

PEN American Center, Inc., et al.

Amici on Behalf of Appellee(s)

---

Appeal from U.S. District Court for the Southern District of Iowa - Central
(4:23-cv-00474-SHL)
(4:23-cv-00478-SHL)

---

# ORDER

The appellants' renewed motion to stay district court proceedings pending preliminary injunction appeal has been considered by the court and is granted.

May 28, 2024


Order Entered at the Direction of the Court:
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
      /s/ Stephanie N. O'Banion